

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARLON G. WATSON,<br>Plaintiff, | Civil Action No. 7:12-cv-00037 |
| v. | **ORDER** |
| JOHN S. GARMAN, et al.,<br>Defendants. | By:   Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a temporary restraining order is **DENIED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 29th day of February, 2012.

_____
Senior United States District Judge